**ORIGINAL**

**Nancy M. Erfle, OSB #90257**
**B. Scott Whipple, OSB #98375**
**Andrew J. Lee, OSB # 02364**
E-mail: nerfle@schwabe.com
E-mail: swhipple@schwabe.com
E-mail: ajlee@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981
Fax (503) 796-2900
          Of Attorneys for Defendants

FILED '05 SEP 22 11:13 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| THE STATE OF OREGON, by and through the OREGON STATE TREASURER on behalf of the OREGON PUBLIC EMPLOYEE RETIRMENT FUND,<br><br>Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., RAYMOND V. GILMARTIN, JUDY C. LEWENT, ALISE S. REICIN, KENNETH C. FRAZIER, EDWARD M. SCOLNICK, RICHARD C. HENRIQUES, MARY M. MCDONALD, and PETER S. KIM,<br><br>Defendants. | No. CV '05 1463 JE<br><br>NOTICE OF REMOVAL |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Defendants, Merck & Co., Inc. ("Merck") and Raymond V. Gilmartin, Judy C. Lewent, Alise S. Reicin, Kenneth C. Frazier, Edward M. Scolnick, Richard C. Henriques, Jr., Mary M.

Page 1    NOTICE OF REMOVAL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981

PDX/112570/144513/NME/1346761.1    5593

McDonald, and Peter S. Kim (collectively "Individual Defendants"), through undersigned counsel, hereby remove the above-captioned action from the Circuit Court of the State of Oregon for the County of Multnomah, to the United States District Court for the District of Oregon pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 and respectfully file this Notice of Removal and state:

1.  As more fully set out below, this case is properly removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446 because Merck and the Individual Defendants have satisfied the procedural requirements for removal and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332.

2.  This securities fraud action arises from allegations that Merck misrepresented and concealed the safety risks of VIOXX® and that this conduct affected Merck's financial condition. On February 23, 2005, the Judicial Panel on Multidistrict Litigation (the "MDL Panel") issued an order transferring 14 securities, shareholder derivative and Employee Retirement Income Securities Act ("ERISA") cases arising out of precisely these allegations to the Honorable Stanley R. Chesler in the United States District Court for the District of New Jersey for coordinated pretrial proceedings under 28 U.S.C. § 1407. Subsequently, an additional 13 cases were transferred to the MDL proceeding in the District of New Jersey as well. Merck intends to seek the transfer of this action to *In re Merck & Co., Inc., Securities, Derivative & "ERISA" Litigation,* MDL No. 1658, and will shortly provide the MDL Panel notice of this action pursuant to the "tag-along" procedure contained in the MDL Panel Rules.

I.  **MERCK HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL.**

3.  The state court action was commenced when the complaint was filed with the county clerk of Multnomah County, Oregon, on August 16, 2005. A copy of all process, pleadings, and orders, including the Complaint served on Merck and the Individual Defendants is

Page 2    NOTICE OF REMOVAL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981

PDX/112570/144513/NME/1346761.1

attached as Ex. A. A copy of all process, pleadings, and orders, including the Complaint served on Defendant Edward M. Scolnick is attached as Ex. B.

4. Merck was the first defendant served on August 26, 2005. An acceptance of service for all Individual Defendants, except Edward M. Scolnick, was signed on September 13, 2005. An acceptance of service for Edward M. Scolnick was signed on September 15, 2005. Thus, defendants are filing this Notice of Removal within 30 days of the receipt of the initial pleading first served on any defendant and within one year of the commencement of this action as mandated by 28 U.S.C. § 1446(b).

5. The Circuit Court of the State of Oregon for the County of Multnomah is located within the District of Oregon, Portland Division. Therefore, venue is proper pursuant to 28 U.S.C. § 117 because this Court is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

6. No previous application has been made for the relief requested herein.

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for plaintiff and a copy is being filed with the Clerk of the Circuit Court of the State of Oregon for the County of Multnomah.

8. This notice is signed pursuant to Federal Rule of Civil Procedure 11.

9. Merck and the Individual Defendants reserve the right to supplement or amend this Notice of Removal.

## II. REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. § 1332.

10. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because this is a civil action in which the amount in controversy exceeds the sum of $75,000, exclusive of costs and interest, and involves a claim between citizens of different states.
Page 3    NOTICE OF REMOVAL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981

PDX/112570/144513/NME/1346761.1

A. **There Is Complete Diversity of Citizenship Between Plaintiff and Defendants.**

11. All defendants are citizens of states other than Oregon.

12. Merck is now, and was at the time of filing of this action, a corporation organized and existing under the laws of the State of New Jersey with its principal place of business in Whitehouse Station, New Jersey. *See* 28 U.S.C. § 1332(c)(1).

13. Raymond V. Gilmartin is now, and was at the time of filing of this action, a New Jersey citizen.

14. Judy C. Lewent is now, and was at the time of filing of this action, a New Jersey citizen.

15. Alise S. Reicin is now, and was at the time of filing of this action, a New Jersey citizen.

16. Kenneth C. Frazier is now, and was at the time of filing of this action, a Pennsylvania citizen.

17. Edward M. Scolnick is now, and was at the time of filing of this action, a Massachusetts citizen.

18. Richard C. Henriques is now, and was at the time of filing of this action, a Pennsylvania citizen.

19. Mary M. McDonald is now, and was at the time of filing of this action, a Pennsylvania citizen.

20. Peter S. Kim is now, and was at the time of filing of this action, a Pennsylvania citizen.

21. All defendants consent to removal of this action.

22. Plaintiff is a citizen of Oregon.

23. Although the state is nominally a party to this case, the real party in interest is the Oregon Public Employees Retirement Fund ("PERF"), and PERF is a separate entity from the

Page 4    NOTICE OF REMOVAL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981

PDX/112570/144513/NME/1346761.1

State of Oregon. The State of Oregon has no present or contingent property or financial interest in PERF or the assets held by PERF.

24. An express trust such as PERF is considered to be a citizen of the state of which the trustee is a citizen. *See Navarro Sav. Ass'n v. Lee*, 446 U.S. 458, 464 (1980). The PERF's trustee is the Public Employees' Retirement Board (O.R.S. § 238.645), and that Board is a corporation under Oregon law. O.R.S. § 238.630(2)(a). On information and belief, defendants state that plaintiff's principal place of business is Oregon. PERF is a citizen of Oregon for diversity purposes.

25. There are no additional parties to the litigation to destroy diversity.

26. Because plaintiff is a citizen of Oregon and defendants are citizens of New Jersey, Pennsylvania or Massachusetts, complete diversity exists.

**B.    The Amount-In-Controversy Requirement Is Satisfied.**

27. It is apparent on the face of the Complaint that the amount in controversy exceeds $75,000, exclusive of interests and costs. Plaintiff claims entitlement to damages from Merck under Oregon Securities Law, O.R.S. § 59.135, in the amount of "at least $15,000,000." (Complaint, ¶ 203) Similarly, plaintiff claims entitlement to damages from the Individual Defendants under Oregon Securities Law, O.R.S. § 59.137, in the amount of "at least $15,000,000." (Complaint, ¶ 209).

//
//
//
//
//
//

Page 5    NOTICE OF REMOVAL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981

PDX/112570/144513/NME/1346761.1

WHEREFORE, Merck and the Individual Defendants hereby remove the action now pending against them in the Circuit Court of the State of Oregon for the County of Multnomah to this Honorable Court.

Dated this 22nd day of September, 2005.

SCHWABE, WILLIAMSON & WYATT, P.C.

By: _____
Nancy M. Erfle, OSB # 90257
B. Scott Whipple, OSB #98375
Andrew J. Lee, OSB # 02364
Of Attorneys for Defendants Merck & Co., Inc.,
Raymond V. Gilmartin, Judy C. Lewent,
Alise S. Reicin, Kenneth C. Frazier, Edward M.
Scolnick, Richard C. Henriques, Jr., Mary M.
McDonald, and Peter S. Kim

Page 6    NOTICE OF REMOVAL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981

PDX/112570/144513/NME/1346761.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2005, I served the foregoing NOTICE OF REMOVAL, on the following parties at the following address:

>N. Robert Stoll
>Scott A. Shorr
>Christina L. Beatty-Walters
>Stoll Stoll Berne Lokting &
>Shlachter, P.C.
>209 SW Oak Street
>Portland, OR 97204
>  Attorneys for Plaintiff

☐ by mailing to them a true and correct copy thereof, certified by me as such, placed in a sealed envelope addressed to him at the address set forth above, and deposited in the U.S. Post Office at Portland, OR on the date set forth above;

☐ by mailing a true and correct copy thereof by U.S. Postal Service, certified mail, return receipt requested, addressed to each attorney's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth above;

☒ by causing a true and correct copy thereof to be hand-delivered to the above-mentioned attorneys at each attorney's last-known office address on the date set forth above;

☐ by sending a true and correct copy thereof by overnight courier, addressed to each attorney's last-known office address on the date set forth above;

☐ by faxing a true and correct copy thereof to each attorney at each attorney's last-known facsimile number on the date set for the above. At the time of service the attorney maintained a facsimile device at the attorney's office and the device was working at the time of service.

_____
Nancy M. Erfle

Page 1 -    CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981