

**N. Robert Stoll, OSB No. 69165**
Email: rstoll@ssbls.com
**Scott A. Shorr, OSB No. 96187**
Email: sshorr@ssbls.com
**Christina L. Beatty-Walters, OSB No. 98163**
Email: tbeattywalters@ssbls.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone:   (503) 227-1600
Facsimile:    (503) 227-6840

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| THE STATE OF OREGON, by and through the OREGON STATE TREASURER on behalf of the OREGON PUBLIC EMPLOYEE RETIREMENT FUND,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., RAYMOND V. GILMARTIN, JUDY C. LEWENT, ALISE S. REICIN, KENNETH C. FRAZIER, EDWARD M. SCOLNICK, RICHARD C. HENRIQUES, MARY M. MCDONALD, and PETER S. KIM,<br><br>Defendants. | Case No. 3:05-CV-1463-JE<br><br>**STATE OF OREGON'S MOTION TO REMAND**<br><br>**REQUEST FOR ORAL ARGUMENT/EXPEDITED HEARING REQUESTED** |

<u>**Certificate of Compliance with LR 7.1(a)**</u>

Pursuant to LR 7.1(a), the State of Oregon certifies that it made a good faith effort through a telephone conference with lead counsel for the defendants that removed this matter in order to resolve this dispute and has been unable to do so.

Page  1 - **STATE OF OREGON'S MOTION TO REMAND**

::ODMA\GRPWISE\SSBLS_Domain.PO_PDX.Clients3:81914.1

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

## Question Presented

Whether this matter should be remanded to Oregon State Court because this Court lacks subject matter and diversity jurisdiction and the State of Oregon cannot be subject to federal jurisdiction against its will?

## Request for Expedited Hearing

The State of Oregon respectfully requests an expedited hearing under LR 7.1(h) on it's Motion to Remand as soon as the regular course briefing on the motion is completed. As Set forth in its memorandum, the State of Oregon has a constitutional right to proceed solely in state court. If this case is substantially delayed by these remand proceedings, the State's rights will be impaired and the litigation of discovery and other matters will be delayed in federal court pending a return to state court. Additionally, Defendants are currently attempting to transfer this matter to New Jersey, where defendant Merck & Co., Inc. is headquartered, through a Multi-District Litigation ("MDL") Panel. The remand decision should be decided by an Oregon federal court **before** any proposed transfer, which will be opposed. It makes no sense to have this case potentially transferred to another federal court across the country if it may be remanded first because it will be litigated in Oregon state court. Defendants also should not be allowed to forum shop for a friendly home court prior to the remand decision.

## Motion to Remand

The State of Oregon, by its undersigned counsel, hereby moves for entry of an Order remanding this case to the Circuit Court of the State of Oregon, County of Multnomah, for the

Page 2 - **STATE OF OREGON'S MOTION TO REMAND**

::ODMA\GRPWISE\SSBLS_Domain.PO_PDX.Clients3:81914.1

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

reasons sets forth in the accompanying Memorandum of Points and Authorities and the Declarations in Support of the State of Oregon's Motion to Remand.

DATED this 5th day of October, 2005.

        STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

        By: _____
            **Robert Stoll**, OSB No. 69165
            **Scott A. Shorr**, OSB No. 96187
            **Christina L. Beatty-Walters,** OSB No. 98163
        Telephone:   (503) 227-1600
        Facsimile:    (503) 227-6840

        Attorneys for Plaintiff

Page 3 - **STATE OF OREGON'S MOTION TO REMAND**

::ODMA\GRPWISE\SSBLS_Domain.PO_PDX.Clients3:81914.1

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840