IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| THE STATE OF OREGON, by and through the OREGON STATE TREASURER on behalf of the OREGON PUBLIC EMPLOYEE RETIREMENT FUND,<br><br>          Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., RAYMOND V. GILMARTIN, JUDY C. LEWENT, ALISE S. REICIN, KENNETH C. FRAZIER, EDWARD M. SCOLNICK, RICHARD C. HENRIQUES, MARY M. MCDONALD, and PETER S. KIM,<br><br>          Defendants. | CV-05-1463-PK<br><br>JUDGMENT |

      Based on the opinion and order filed herewith, granting plaintiff's motion to remand, this action is Dismissed.

      IT IS SO ORDERED.

      DATED this ___25th___ day of January, 2006.

                                        ___/s/ Garr M. King_____
                                        Garr M. King
                                        United States District Judge